174 Ill. App. 182, 186. And we also are of the opinion that the giving of instruction No. 13, offered by defendant, was prejudicial to the plaintiff.

For the reasons indicated the judgment of the Superior Court is reversed and the cause remanded for a new trial.

*Reversed and remanded.*

Max G. J. Hoffman, trading as The Aamax-Hoffman Cabinet Works, Defendant in Error, v. Zulu Manufacturing Company, Plaintiff in Error.

Gen. No. 18,690. (Not to be reported in full.)

Error to the Municipal Court of Chicago: the Hon. RUFUS F. ROBINSON, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1912. Affirmed. Opinion filed February 5, 1914.

### Statement of the Case.

Action by Max G. J. Hoffman, trading as The Aamax-Hoffman Cabinet Works, against Zulu Manufacturing Company, a corporation, for goods purchased by defendant and for additional costs incurred by reason of defendant's refusal to accept a portion of such goods. From a judgment for plaintiff for $382.88, defendant brings error.

GEORGE I. HAIGHT, for plaintiff in error.

PAUL J. HUXMANN, for defendant in error.

MR. JUSTICE SCANLAN delivered the opinion of the court.

### Abstract of the Decision.

SALES, § 97*—*when refusal of purchaser to accept not justified.* Plaintiff and defendant entered into a contract under which the

*See Illinois Notes Digest, Vols. XI to XV, same topic and section number.

former agreed to supply the latter with one thousand cabinets for match vending machines. It was understood that the cabinets were to fit castings constituting the front of the machines to be supplied by defendant. After more than half of the cabinets had been delivered to defendant the latter complained that they did not fit the castings. Plaintiff then took back all but twenty-five, making certain alterations which he claimed remedied the defects, but claimed that defendant refused to receive them, or any more cabinets under the contract. *Held* that the trial court's finding that the difficulty in making the cabinets and the castings fit was due entirely to a lack of uniformity in the latter, was sustained by the evidence.

---

## Mary Bottigliero, Defendant in Error, v. Samuel Polakow, Plaintiff in Error.

### Gen. No. 18,727. (Not to be reported in full.)

Error to the Municipal Court of Chicago; the Hon. JACOB H. HOPKINS, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1912. Affirmed. Opinion filed February 5, 1914.

### Statement of the Case.

Action by Mary Bottigliero against Samuel Polakow in the Municipal Court of Chicago to recover sums expended in redeeming from a sale, on foreclosure of a mechanic's lien, of premises purchased by plaintiff from defendant, under an agreement on the part of the latter to indemnify against the lien. From a judgment for plaintiff for $377.88, defendant brings error.

MAX M. GROSSMAN, for plaintiff in error.

THOMAS B. LANTRY, for defendant in error.

MR. JUSTICE SCANLAN delivered the opinion of the court.

*See Illinois Notes Digest. Vols. XI to XV, same topic and section number.